UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY L. JOSEPH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.  2:19-cv-00022-AGF |
| CRAIG WHEELER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment. ECF No. 94.  On February 23, 2024, after the Motion had been fully briefed, the Court notified Plaintiff that his Response in Opposition to Defendants' Motion relied on an unfiled Declaration, and the Court gave Plaintiff seven days to file the Declaration.  ECF No. 111.  Plaintiff filed his sworn Declaration on February 29, 2024.  ECF No. 112.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall have **seven (7) days** from the date of this Order to file any response they may wish to assert with respect to the Plaintiff's Declaration (ECF No. 112).

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2024.